# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corporate Plaza Partners, LLC,

    Plaintiff(s),

vs.

City of Charlotte, NC et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv190

DECISION BY COURT.  This action having come before the Court by Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/14/2009 Order.

Signed: May 14, 2009

Frank G. Johns, Clerk
United States District Court